IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CLAIRE FITZGERALD PLAINTIFF

v. CAUSE NO. 3:26-CV-222-SA-JMV

JAMES R. BAUGHER, et al. DEFENDANTS

ORDER DISMISSING CASE

On August 5, 2026, Magistrate Judge Virden entered a Report and Recommendation [4], wherein she recommended that this case "be DISMISSED for failure to state a claim[.]" [4] at p. 2. Although the Report and Recommendation [4] explained the applicable procedure for Fitzgerald to object to the recommendation, Duffy has not filed an objection, and the time to do so has now passed.[1]

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)).

The Court has reviewed the Report and Recommendation [4] and the record as a whole. Having done so, the Court wholly agrees with Magistrate Judge Virden's recommendation. There is no plain error on the face of the record. The recommendation is ADOPTED IN FULL.

The claims are hereby DISMISSED. This CASE is CLOSED.

SO ORDERED, this the 21st day of August, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE

[1] In fact, the Clerk of Court mailed the Report and Recommendation [4] to the address Fitzgerald provided, and it was returned as undeliverable.